FILED
2021 Feb-16 PM 02:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SONDRA RAY, as the personal representative of the estate of her son, Steven Davis, <br><br> Plaintiff <br><br> v. <br> RODERICK GADSON, et al. <br><br> Defendants. | ) ) ) ) ) ) ) CASE NO. 2:20-CV-499-RDP ) ) ) ) |

## JOINT REPORT REGARDING STATUS
## OF POSSIBLE CRIMINAL CASE REGARDING
## THE DEATH OF STEVEN DAVIS

Plaintiff files this joint status report with the permission of all parties, stating as follows:

The Attorney General's office has not yet made any determination regarding whether to pursue criminal charges in connection with the death of Steven Davis.

Respectfully submitted,

s/ Henry F. (Hank) Sherrod III
Henry F. (Hank) Sherrod III
No. ASB-1200-D63H
HENRY F. SHERROD III, P.C.
119 South Court Street
Florence, AL 35630
Telephone: (256) 764-4141
Facsimile: (877) 864-0802
Email: hank@alcivilrights.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

s/ Henry F. (Hank) Sherrod III