| Subpoena # | Highly Confidential | Confidential | Not Confidential* |
|---|---|---|---|
| 9 | Diagram of Donaldson | | |
| 1 | | 19-1481 report | |
| 1 | | 19-1481A report | |
| 1 | | 10/4 Officer statements | |
| 1 | | 10/4 Bonner statement | |
| 1 | | 10/4 Burton statement | |
| 1 | | 10/4 Sales statement | |
| 1 | | ADFS documentation regarding evidence | |
| 1 | | anonymous letter | |
| 1 | | autopsy photos | |
| 1 | | death information sheet | |
| 1 | | death investigation checklist | |
| 1 | | evidence log sheet | |
| 1 | | evidence photographs | |
| 1 | | Gadson criminal histories | |
| 1 | | Gadson disciplinary history | |
| 1 | | I&I Miscellanous Folder (except as agreed) | |
| 1 | | items in evidence inventory folders | |
| 1 | | O'Neal criminal histories | |
| 1 | | photos of Davis | |
| 1 | | scene photographs | |
| 1 | | recorded interviews | |
| 1 | | transcripts of recorded interviews | |
| 1 | | witness list | |
| 1 | | | autopsy report (Plaintiff has) |
| 1 | | | Incident/302 reports |
| 1 | | | Davis body chart |
| 1 | | | mental health coding form |
| 1 | | | Johnson use of force report |
| 1 | | | various communications related to criminal investigation to/from Farris |
| 1 | | | O'Neal resignation |
| 1 | | | Davis Toxicology report |
| 1 | | | Davis handwritten letter |
| 1 | | | Gadson interview letter |
| | | | Gadson body chart |
| 2 | | restricted regulations | |
| 2 | | | non-restricted regulations |
| 3 | | | organizational chart |
| 4 | | | communication logs |
| 5 | | | duty roster |
| 5 | | post assignments | |
| 7 | | | Davis medical records (some of which Plaintiff already has) |
| 7 | | | Davis inmate file (Plaintiff has) & other ADOC records concerning Davis |
| 8 | | | non supervisory defendants personnel files |
| 8 | | | non-supervisory defendants training files |
| 10 | | | bed roster (Plaintiff already has) |
| | | | inmate death (press release) |

*The Defendants and ADOC reserve the right to redact personal protected information or confidential information if any is contained in the non-confidential documents.

2:20-cv-499-RDP-GMB
Defendants and ADOC - Exhibit A