IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SONDRA RAY, as the personal representative of the estate of her son, Steven Davis, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO.: 2:20-cv-00499-RDP-GMB |
| RODERICK GADSON, et al. | ) ) | |
| Defendants. | ) ) ) | |

## JOINT MOTION TO SUBMIT

The parties jointly submit the proposed protective order filed contemporaneously herewith in response to the Court's instruction at the September 28, 2023 hearing (Doc. 188) and this Court's order (Doc. 196).

The parties have modified the Defendants' proposed protective order to address the use of confidential documents and information in this litigation. Insofar as the proposed order addresses the use of documents and information in this litigation, the parties are in agreement with this proposed revised protective order, except for one objection as to one word in section 14 addressing "Independent Knowledge." Plaintiff added this section, and the Defendants added the word "demonstrably" to clarify that the order does not limit any person's ability to disclose information that the person "demonstrably" knows independently or from public records.

Plaintiff has not attempted to negotiate other provisions of the Defendants' proposed protective order, as Plaintiff did not understand that to be part of the Court's instructions. Plaintiff has other concerns regarding the order, including those stated in pleadings and at the hearing. By submitting this order, Plaintiff is not withdrawing or waiving any objections. Likewise, the Defendants do not waive their arguments and positions during the hearing.

2

Respectfully submitted,


/s/ Steven K. Herndon
STEVEN K. HERNDON
(ASB-0093-O74S)
*Attorney for Defendant Gadson*


Herndon Law PC
1430 I-85 Parkway, Suite 234
Montgomery, AL 36106
Telephone: (334) 386-3848
Facsimile: (334) 386-3852
steve@herndon.law


/s/ Terri Olive Tompkins
TERRI OLIVE TOMPKINS
C. ALEXANDRA SEGREST
MONTGOMERY
*Attorneys for Defendants Harrison
and Johnson*


Rosen Harwood, P.A.
2200 Jack Warner Parkway, Suite 200
Tuscaloosa, AL 35401
Telephone: (205) 344-5000
Facsimile: (205) 758-8358
ttompkins@rosenharwood.com
amontgomery@rosenharwood.com


/s/ Richard R. Owens
RICHARD R. OWENS
*Attorney for Defendant O'Neil*


Bodewell Legal Group
1286 Oak Grove Road, Suite 200
Birmingham, AL 35209
rhett@bodewell-law.com

/s/ Philip G. Piggott
PHILIP G. PIGGOTT
*Attorney for Defendant Clemons*

Webster, Henry, Bradwell, Cohan,
Speagle and Deshazo, P.C.
Two Perimeter Park South, Suite 445 East
Birmingham, AL 35243
Telephone: (205) 986-4400
Facsimile: 205-380-3485
ppiggott@websterhenry.com

/s/ C. Richard Hill
C. RICHARD HILL, JR.
W. ALLEN SHEEHAN
*Attorneys for Defendants Williams
and Teague*

Cappell & Howard, P.C.
150 South Perry Street
Montgomery, AL 36102
Telephone: (334) 241-8043
Facsimile: (334) 241-8243
rick.hill@chlaw.com
allen.sheenan@chlaw.com

/s/ Robbie Alexander Hyde
ROBBIE ALEXANDER HYDE
*Attorney for Defendant Caldwell,
Loggins, and Givens*

Alexander Hyde LLC
2138 Moore's Mill Road Ste A
Auburn, AL 36830
robbie@alexanderhyde.com

/s/ Daniel Chism
WILLIAM R. LUNSFORD
MATTHEW B. REEVES
WILLIAM J. CRANFORD, III
DANIEL CHISM
*Attorneys for Defendants Dunn,
Mercado, Sides, and Ellington*

3

Butler Snow LLP
200 West Side Square, Suite 100
Huntsville, AL 35801
bill.lunsford@butlersnow.com
matt.reeves@butlersnow.com
will.cranford@butlersnow.com
daniel.chism@butlersnow.com

/s/ *Blake E. Brookshire*
BLAKE E. BROOKSHIRE
(ASB-2531-U69X)
*Attorney for the Alabama Department of Corrections*

Assistant Attorney General
**ALABAMA STATE PERSONNEL DEPARTMENT**
**OF COUNSEL**
Folsom Administrative Building
64 North Union Street, Suite 316
Montgomery, Alabama 36130-1400
Telephone: (334) 353-0046
Facsimile: (334) 353-4481
blake.brookshire@personnel.alabama.gov

/s/ Henry F. Sherrod III
HENRY F. SHERROD III
*Attorney for Plaintiff*

Henry F. Sherrod III, P.C.
119 South Court Street
Florence, AL 35630
hank@alcivilrights.com

4